829 F.2d 41
 In re Sungrove Investments; K.D. Macknet, M.D., Inc.
Pension Plan, K.D. Macknet, M.D. Inc., Macknet
(KennethD., M.D., Elaine)
v.
Abbott (Marianne E.), Schulz (Eloy, Myrna), Wiesseman
(George, Jeanne), Quijada (Octavius, Aracella)
v. Sungrove Investments, Simon (William)
 NO. 86-6006
 United States Court of Appeals,
Ninth Circuit.
 SEP 14, 1987
 
 1
 Appeal From: C.D.Cal.
 
 
 2
 REVERSED IN PART, AFFIRMED IN PART AND REMANDED.